UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BENJAMIN H. BEACH,

    Plaintiff,                                           Case No. 21-cv-10401
                                                   Hon. Matthew F. Leitman

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.
_____/

## ORDER DISMISSING THE CASE IN PART AND LIFTING THE STAY

Plaintiff, a prisoner in the custody of the Michigan Department of Corrections, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. The case was referred to the Pro Se Early Prisoner Mediation Program for possible resolution. As a result of mediation, the Plaintiff has settled his claims against defendants Michigan Department of Corrections and Heidi Washington.

Accordingly, **IT IS ORDERED** that all claims against the Michigan Department of Corrections and Heidi Washington are **DISMISSED**. This Court retains jurisdiction for the limited purpose of enforcing the terms of the settlement agreement. All claims against Medical Provider Corizon may proceed.

    **IT IS SO ORDERED.**

                                                        /s/Matthew F. Leitman
                                                        MATTHEW F. LEITMAN
Dated: October 14, 2021               UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 14, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda  
Case Manager  
(810) 341-9764