UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BENJAMIN HOUGHTON BEACH,

    Plaintiff,

v.

    Case No. 21-cv-10401
    Hon. Matthew F. Leitman

CORIZON HEALTH, INC.,

    Defendant.

_____/

# JUDGMENT

In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

    KINIKIA ESSIX
    CLERK OF COURT

    By:    s/Holly A. Ryan
            Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: May 12, 2022
Detroit, Michigan